| Debtor Name | Account # | Invoice # | BL | Invoice Date |
|---|---|---|---|---|
| Gateway International LLC | US01427983 | 7522964629 | 245954937 | 31-Dec-24 |
| Gateway International LLC | US01427983 | 7524745677 | 246637198 | 03-Feb-25 |
| Gateway International LLC | US01427983 | 7524745679 | 246637290 | 03-Feb-25 |
| Gateway International LLC | US01427983 | 7524745680 | 246656741 | 03-Feb-25 |
| Gateway International LLC | US01427983 | 7524855678 | 246637290 | 05-Feb-25 |
| Gateway International LLC | US01427983 | 7524894727 | 246637198 | 06-Feb-25 |
| Gateway International LLC | US01427983 | 7525038628 | 246656810 | 10-Feb-25 |
| Gateway International LLC | US01427983 | 7525110945 | 246656741 | 11-Feb-25 |
| Gateway International LLC | US01427983 | 7525311688 | 246656810 | 16-Feb-25 |
| Gateway International LLC | US01427983 | 7537583190 | 247710482 | 01-Oct-25 |
| Gateway International LLC | US01427983 | 7537697393 | 247710419 | 03-Oct-25 |
| Gateway International LLC | US01427983 | 7537728370 | 247710482 | 04-Oct-25 |
| Gateway International LLC | US01427983 | 7537954967 | 247710419 | 09-Oct-25 |

| Balance Due |
| --- |
| $380.00 |
| $2,880.00 |
| $2,880.00 |
| $1,260.00 |
| $400.00 |
| $1,050.00 |
| $1,760.00 |
| $1,300.00 |
| $1,550.00 |
| $153,305.00 |
| $154,030.00 |
| $1,050.00 |
| $600.00 |

$322,445.00