# PRICE, MEESE, SHULMAN & D'ARMINIO, P.C.
## ATTORNEYS AT LAW

### WWW.PRICEMEESE.COM

---

TICE CORPORATE CENTER
50 TICE BOULEVARD
SUITE 380
WOODCLIFF LAKE, NEW JERSEY 07677
**PHONE: 201-391-3737**
**FAX: 201-391-9360**

115 EAST STEVENS AVENUE
SUITE 109
VALHALLA, NEW YORK 10595

89 HEADQUARTERS PLAZA NORTH
SUITE 1465
MORRISTOWN, NJ 07960

**PLEASE RESPOND TO WOODCLIFF LAKE OFFICE**

May 21, 2026

**Via ECF**
Hon. Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> ### Re:  *Maersk Agency U.S.A. Inc. v. Gateway International LLC*
> ### Civil Action No. 2:25-cv-18300-WJM-MAH
> ### Our File No. 9203.030823

Dear Judge Hammer:

I represent the Plaintiff, Maersk Agency U.S.A. Inc., in the above-referenced civil action. The Pretrial Scheduling Order that was just entered and filed schedules a court conference for September 21, 2026. That date is Yom Kippur, a day that I will not be working. In addition, I will be away from September 12 through September 21 on a pre-planned overseas trip. Therefore, please reschedule the conference for a date either before September 12 or after September 21. Thank you for your Honor's consideration of this matter.

Very truly yours,

**PRICE MEESE SHULMAN & D'ARMINIO, P.C.**

*/s/ Rick A. Steinberg*

Rick A. Steinberg

RAS/ras
Cc: Michael E. Stern, Esq., via ECF